# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-90-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| RAND MICHAEL EMINETH, KRIS DALE HARDING, SHEVYN EUGENE MARSHALL and WILLIAM JAMES OUTTEN, | |
| Defendants. | |

Upon unopposed motion of the United States and for good cause shown, IT IS ORDERED that the forfeiture allegation contained in the indictment is DISMISSED.

DATED this 14th day of May 2019.

Brian Morris
United States District Court Judge

1