# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAND MICHAEL EMINETH,<br><br>Defendant. | Case No. CR 18-90-GF-BMM<br><br>ORDER VACATING<br>REVOCATION HEARING |

Defendant Rand Michael Emineth, having filed an Unopposed Motion to Vacate Revocation Hearing;

IT IS HEREBY ORDERED that the Revocation Hearing currently scheduled for **Thursday, November 3, 2022,** at **2:30 p.m.** is VACATED.

DATED this 31st day of October 2022.

_____
Brian Morris, Chief District Judge
United States District Court

1